December 01, 2006

Mr. Kevin Michael Givens
Texas Department of Public Safety
P. O. Box 15327
Austin, TX 78761-5327
Mr. Philip C. Banks
500 East 29th Street
Bryan, TX 77803

RE: Case Number: 05-0164
 Court of Appeals Number: 10-03-00035-CV
 Trial Court Number: 4680-B

Style: TEXAS DEPARTMENT OF PUBLIC SAFETY
 v.
 GYLES ROBERT ALFORD

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Karen |
| |McQueen |